IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KANGA CARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-009 |
| | ) | |
| BUMBUM BABIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DIRECTS** the Clerk to **ENTER** a **DEFAULT** against Defendant, and **ORDERS** Plaintiff to file a Motion for Default Judgment against Defendant within fourteen days of the date of this Order. The Court further **DIRECTS** the Clerk to mail a copy of this Order to Defendant at 4773 Maple Creek Ct., Martinez, GA 30907, as well as to the address of record on the docket.

SO ORDERED this 29th day of June, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA